IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JORGE L. NIEBLA,

    Plaintiff,

vs.                                    CASE NO.:  5:09cv107/MCR/AK

CHIEF INSPECTOR GENERAL,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation.  The Plaintiff previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.

    Having considered the Report and Recommendation, to which no objections have been made, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    3.    This matter is DISMISSED without prejudice and judgment shall be entered accordingly.

    **DONE AND ORDERED** this 5th of May, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**